United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 19, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-31146
Summary Calendar

UNITED STATES OF AMERICA,

       Plaintiff-Appellee,

v.

TRENT JOSEPH SIMON,

       Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:03-CR-60056-ALL

Before SMITH, WEINER, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Trent Joseph Simon has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Our independent review of the record, counsel's brief, and Simon's response shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.